

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

NO. 2-09-282-CV

ROBERT L. ELLIOT, M.D., RANDALL WRIGHT,      APPELLANTS
M.D., AND GENERAL SURGERY CLINIC OF
GRAPEVINE

V.

EDWARD J. JESIONEK AND JOHANNA      APPELLEES
(JOSIE) JESIONEK

----------

FROM THE 348TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellants Robert L. Elliot, M.D., Randall Wright, M.D. and General Surgery Clinic of Grapevine's Motion to Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

---

[1] *... See* Tex. R. App. P. 47.4.

PANEL: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED: September 10, 2009